IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                          :    CHAPTER 13
                               :
Lauren Fielder-Sturgis         :    No. 16-17399-MDC

Debtor

## ORDER

**AND NOW**, on this ___8th___ day of ___June___, 2017, upon consideration of the Motion of the Debtor, Lauren Fielder-Sturigs, to Avoid the Lien of Cavalry SPV I, LLC as Assignee of Synchrony Bank/TJX, it is hereby

ORDERED and DECREED that the lien of Cavalry SPV I, LLC as Assignee of Synchrony Bank/TJX, in the amount of $2,389.69 entered on April 20, 2016, in the Philadelphia County Municipal Court, Docket No. SC-15-09-02-3195, is hereby avoided effective upon the entry of a Discharge Order.

Date: 6/8/17

_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATED BANKRUPTCY JUDGE