IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Lauren Fielder-Sturgis<br>  Debtor | : | No.  16-17399-mdc |

## PRAECIPE TO WITHDRAW

    Pursuant to the above-captioned matter, kindly withdraw the document filed under Personal Financial Management Certificate on February 15, 2021.

                                      /s/ David M. Offen
                                      David M. Offen, Esquire
                                      Curtis Center, 1st Fl., Ste. 160 W
                                      601 Walnut Street
                                      Philadelphia, PA  19106
                                      215-625-9600

Dated:  February 15, 2021