United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 16-17399-mdc

Lauren Fielder-Sturgis                                         Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                               User: admin                                Page 1 of 3

Date Rcvd: Jul 16, 2021                      Form ID: 138NEW                     Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lauren Fielder-Sturgis, 6618 Leeds Street, Philadelphia, PA 19151-3028 |
| 13810933 | + | AMCOL Systems Inc., 111 Lancewood Road, Columbia, SC 29210-7523 |
| 13810935 | | AMR Mid Atlantic, PO Box 409880, Atlanta, GA 30384-0330 |
| 13810931 | | Advocare Newborn Network, PO Box 3001, Voorhees, NJ 08043-0598 |
| 13810938 | + | Blatt, Hassenmiller, Leibsker, & Moore, 1835 Market Street, Suite 501, Philadelphia, PA 19103-2933 |
| 13810937 | + | Blatt, Hassenmiller, Leibsker, & Moore, 10 LaSalle Street, Suite 2200, Chicago, IL 60603-1069 |
| 13810940 | + | Cbe Group, Attn: Bankruptcy, Po Box 900, Waterloo, IA 50704-0900 |
| 13810944 | | City of Philadelphia Pioneer Lockbox #16, P.O. Box 8500, Philadelphia, PA 19178-1687 |
| 14409868 | + | JPMorgan Chase Bank, National Association, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 13810950 | | KitzPartners, P.O. Box 42971, Philadelphia, PA 19101-2971 |
| 13810951 | | Lankenau Medical Center, Patient Payments, P.O. Box 781145, Philadelphia, PA 19178-1145 |
| 13810952 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14410149 | + | PMORGAN CHASE BANK, NATIONAL ASSOCIATION, C/O KEVIN S. FRANKEL, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Ste. 150, King of Prussia, PA 19406-4702 |
| 13810953 | + | Philadelphia Fire Department, Lockbox 9437, PO Box 8500, Philadelphia, PA 19178-8500 |
| 13817379 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 13810954 | + | Philadelphia Office of Finance, PO Box 56318, Philadelphia, PA 19130-6318 |
| 13810955 | + | Philadelphia Police and Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2404 |
| 13810956 | + | Philadelphia Traffic Court, P.O. Box 12866, Philadelphia, PA 19176-0866 |
| 13810957 | | Physician Billing - PB CHOP, PO Box 788017, Philadelphia, PA 19178-8017 |
| 13810958 | + | Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 13810959 | # | ProCo, P.O. Box 2462, Aston, PA 19014-0462 |
| 13810960 | + | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 13810961 | + | The Children's Hospital of Philadelphia, Lockbox #6687, PO Box 8500, Philadelphia, PA 19178-8500 |
| 13837180 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 13810962 | + | United Anesthesia Services PC, PO Box 828962, Philadelphia, PA 19182-8962 |
| 13810963 | + | Us Dept of Ed/Great Lakes Educational Lo, 2401 International, Madison, WI 53704-3121 |
| 13863322 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 13810967 | + | Wffnb/raymour & Flan, Po Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 16 2021 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 23:35:21 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13810932 | | Email/Text: bkrpt@retrievalmasters.com | Jul 16 2021 23:32:00 | AMCA, PO Box 1235, Elmsford, NY 10523-0935 |
| 13810936 | | Email/Text: legal@arsnational.com | Jul 16 2021 23:32:00 | ARS National Services, Inc., P.O. Box 469046, Escondido, CA 92046-9046 |
| 13852117 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2021 23:35:38 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13895606 | | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13810939 | + | Email/Text: bankruptcy@cavps.com | Jul 16 2021 23:32:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive Suite 400, Valhalla, NY 10595-2321 |
| 13810943 | + | Email/Text: bankruptcy@philapark.org | Jul 16 2021 23:32:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 13810945 | + | Email/Text: mediamanagers@clientservices.com | Jul 16 2021 23:31:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 13810946 | + | Email/Text: convergent@ebn.phinsolutions.com | Jul 16 2021 23:32:00 | Convergent Outsoucing, Inc, Po Box 9004, Renton, WA 98057-9004 |
| 13810947 | | Email/Text: convergent@ebn.phinsolutions.com | Jul 16 2021 23:32:00 | Convergent Outsourcing, Inc., PO Box 9004, Renton, WA 98057-9004 |
| 13814427 | | Email/Text: mrdiscen@discover.com | Jul 16 2021 23:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13810948 | + | Email/Text: mrdiscen@discover.com | Jul 16 2021 23:31:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 13810949 | + | Email/Text: bankruptcy@fncbinc.com | Jul 16 2021 23:31:00 | First National Collection Bureau, Inc., 610 Waltham Way, Sparks, NV 89437-6695 |
| 13810941 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 17 2021 00:02:28 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 13810942 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 17 2021 00:02:15 | Chase Mortgage, 3415 Vision Dr, Columbus, OH 43219 |
| 13872809 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 16 2021 23:35:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13814619 | + | Email/Text: bankruptcy@philapark.org | Jul 16 2021 23:32:00 | Philadelphia Parking Authority, 701 Market Street Suite 5400, Philadelphia, PA 19106-2895 |
| 13872657 | + | Email/Text: bncmail@w-legal.com | Jul 16 2021 23:32:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13810966 | | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wilmington Savings Fund Society, FSB, as trustee o |

| | | |
|---|---|---|
| 13810934 | *+ | AMCOL Systems Inc., 111 Lancewood Road, Columbia, SC 29210-7523 |
| 13810964 | *+ | Us Dept of Ed/Great Lakes Educational Lo, 2401 International, Madison, WI 53704-3121 |
| 13810965 | ##+ | Van Ru Credit Corporation, 1350 E. Touhy Avenue, Suite 300E, Des Plaines, IL 60018-3342 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Lauren Fielder-Sturgis dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pa-bk@logs.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Carrington Mortgage LLC et al bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Lauren Fielder−Sturgis

    Debtor(s)

Bankruptcy No: 16−17399−mdc

Chapter: 13

___

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑     2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑     3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

    For The Court
    Timothy B. McGrath
    Clerk of Court

Dated: 7/16/21

40 − 39
Form 138_new